UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANLI DONG, DDS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMPLETE BUSINESS SOLUTIONS GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No.  19-cv-00705-DMR<br><br>**REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE** |

　　　　On February 8, 2019, Defendant West Coast Business Capital, LLC ("West Coast") (formerly known as Yellowstone Capital West, LLC) removed this action to this district. [Docket No. 1.]  Jurisdiction is based on diversity.  On February 27, 2019, West filed a motion to transfer venue.  [Docket No. 11.]

　　　　The court cannot decide the pending motion without the consent of all parties, served and unserved.  *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017).  Not all defendants have appeared in the action and Plaintiffs have not filed a consent or declination.  Under these circumstances, the court will likely not be able to obtain consent from all parties in order to rule on West Coast's motion to transfer.

　　　　Accordingly, the clerk is directed to reassign this case to a district judge.  The hearing on April 11, 2019 is vacated.  A new hearing shall be noticed by the court if necessary.

**IT IS SO ORDERED.**

Dated: March 18, 2019



_____
Donna M. Ryu
United States Magistrate Judge